Carol P. Michel, Esq.
Nevada Bar No. 11420
cmichel@wwhgd.com
Jonathan J. Winn, Esq.
Nevada Bar No. 12896
jwinn@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

William H. Morrow, Esq. (*pro hac vice* forthcoming)
wmorrow@lightfootlaw.com
Tatum L. Jackson (*pro hac vice* forthcoming)
tjackson@lightfootlaw.com
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
Telephone: (205) 581-0700
Facsimile: (205) 581-0799 (fax)

*Attorneys for Defendant*
*United Seating and Mobility, LLC d/b/a Numotion*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMOND OUTLAW,<br><br>            Plaintiff,<br><br>vs.<br><br>UNITED SEATING AND MOBILITY, LLC d/b/a NUMOTION; DOE MECHANIC; DOES I – X individuals, inclusive; ROE CORPORATIONS I – X, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-02038-RFB-BNW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

1



The parties hereto, by and through their counsel of record, hereby stipulate pursuant to FRCP 41(a) that Plaintiff's claims against United Seating and Mobility, LLC d/b/a NuMotion may be dismissed with prejudice. As there are no other parties, this action may also be dismissed with prejudice in it is entirety. All parties are to bear their own fees, interest, and costs.

Dated this 1st day of September 2022.

**Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC**

*/s/ Jonathan J. Winn*
Carol P. Michel, Esq.
Jonathan J. Winn, Esq.
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant United Seating and Mobility, LLC d/b/a NuMotion*

Dated this 1st day of September 2022.

**Zaman & Trippiedi, PLLC**

*/s/ Michael Trippiedi (with permission)*
Michael Trippiedi, Esq.
Michael Stannard, Esq.
6620 S. Tenaya Way, Suite 100
Las Vegas, NV 89113

*Attorneys for Plaintiff Raymond Outlaw*

**IT IS SO ORDERED.**

DATED: _____

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 2nd day of September, 2022.